# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ADRIAN ESPINOZA-ESTRADA,<br><br>      Defendant. | CASE NO. 12-cr-01536-AJB<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_X_** of the offense(s) as charged in the Indictment/Information:

  8:1326(a) and (b) - Attempted Reentry of Removed Alien (Felony)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/30/12

                Jan M. Adler
                U.S. Magistrate Judge